# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Icon Clinical Research PLC | 11/29/2022 | Wire | $ 11,914.23 |
| Akorn Operating Company, LLC | Icon Clinical Research PLC | 1/12/2023 | Wire | $ 9,552.18 |
| | | | | $ 21,466.41 |